Thomas M. Kerr (State Bar No. 241530)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
thomas.kerr@hro.com

Attorneys for Plaintiffs
WARNER BROS. RECORDS INC.; CAPITOL RECORDS, INC.; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; INTERSCOPE RECORDS; and FONOVISA, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

WARNER BROS. RECORDS INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; INTERSCOPE RECORDS, a California general partnership; and FONOVISA, INC., a California corporation,

Plaintiffs,

v.

SERGIO OMAR CASTILLO,

Defendant.

Case No. 3:06-CV-04244 MEJ

Honorable Maria-Elena James

**[PROPOSED] DEFAULT JUDGMENT AND INJUNCTION**

///

///

///

///

///

///

///

///

Based upon Plaintiffs' Application for Default Judgment By The Court, and good cause appearing therefor, it is hereby Ordered and Adjudged that:

1. Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the eight (8) sound recordings listed in Exhibit A to Plaintiffs' Complaint. Accordingly, having adjudged to be in default, Defendant Sergio Omar Castillo ("Defendant") shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Six Thousand Dollars ($6,000.00).

2. Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Four Hundred Twenty Dollars ($420.00).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "A Place For My Head," on album "Hybrid Theory," by artist "Linkin Park" (SR# 288-402);
- "Tu Solo Tu," on album "Dreaming of You," by artist "Selena" (SR# 210-307);
- "Race Against Time," on album "Venni Vetti Vecci," by artist "Ja Rule" (SR# 174-722);
- "K-I-Ss-I-N-G," on album "I Am," by artist "Nas" (SR# 175-149);
- "It's All About Me," on album "Mya," by artist "Mya" (SR# 255-973);
- "What's Your Fantasy," on album "Back For the First Time," by artist "Ludacris" (SR# 289-433);
- "La Camionata Gris," on album "Corridos Prohibidos," by artist "Los Tigres Del Norte" (SR# 105-540);
- "Que Se Te Olvido," on album "Me Caiste Del Cielo," by artist "Banda El Limon" (SR# 234-188);

and in any other sound recording, whether now in experience or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media

distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) and of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant shall also destroy all copies of Plaintiffs' Recordings that defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

Dated: May 21, 2007




Honorable ~~Maria Elena James~~ Marilyn Hall Patel
United States Judge

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On March 29, 2007, I served the foregoing documents described as:

**NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT BY THE COURT AGAINST DEFENDANT SERGIO OMAR CASTILLO; DECLARATION OF THOMAS KERR IN FURTHER SUPPORT OF MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT SERGIO OMAR CASTILLO; and [PROPOSED] DEFAULT JUDGMENT AND INJUNCTION**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

Sergio Omar Castillo
6218 S. 249th Street,
Apt. C308
Kent, CA 98032

X BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

X (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 29, 2007 at San Francisco, California.

[signature]
Molly Morris