Thomas M. Kerr (State Bar No. 241530)
Matthew Franklin Jaksa (Sate Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
thomas.kerr@hro.com

Attorneys for Plaintiffs
WARNER BROS. RECORDS INC.;
CAPITOL RECORDS, INC.;
UMG RECORDINGS, INC.;
SONY BMG MUSIC ENTERTAINMENT;
INTERSCOPE RECORDS; and FONOVISA, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; INTERSCOPE RECORDS, a California general partnership; and FONOVISA, INC., a California corporation,<br><br>          Plaintiffs,<br><br>  v.<br><br>SERGIO OMAR CASTILLO,<br><br>          Defendant. | Case No. 3:06-CV-04244-MHP<br><br>Honorable Marilyn H. Patel<br><br>**PLAINTIFFS' *EX PARTE* APPLICATION TO VACATE DEFAULT JUDGMENT AND [PROPOSED] ORDER** |

///
///
///
///
///
///

Plaintiffs respectfully request to vacate the default judgment entered against Defendant Sergio Omar Castillo on May 21, 2007, on the grounds that Plaintiffs are in settlement discussions with a third party. Plaintiffs will promptly file all appropriate paperwork with the Court.

Dated: June 29, 2007

THOMAS M. KERR
HOLME ROBERTS & OWEN LLP

By: _____/s/ Thomas Kerr_____
Thomas Kerr
Attorney for Plaintiffs

### [PROPOSED] ORDER

It appearing that good cause has been shown, it is therefore ORDERED that Plaintiffs' Motion is GRANTED and the default judgment entered against Defendant is vacated.

Dated: 7/3/2007

By: IT IS SO ORDERED
Judge Marilyn H. Patel

2
PLAINTIFFS' *EX PARTE* APPLICATION TO VACATE DEFAULT JUDGMENT AND [PROPOSED] ORDER
Case No. 3:06-CV-04244-MHP
#30923 v1

# PROOF OF SERVICE

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On June 29, 2007, I served the foregoing documents described as:

**PLAINTIFFS' MOTION TO VACATE DEFAULT JUDGMENT AND [PROPOSED] ORDER**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

> Sergio Omar Castillo
> 71 Valley St.
> San Francisco, CA 94110

X   BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

X   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 29, 2007 at San Francisco, California.

_____
Molly Morris