1  Thomas M. Kerr (State Bar No. 241530)
   Matthew Franklin Jaksa (Sate Bar No. 248072)
2  HOLME ROBERTS & OWEN LLP
3  560 Mission Street, 25th Floor
   San Francisco, CA  94105-2994
4  Telephone:   (415) 268-2000
   Facsimile:   (415) 268-1999
5  thomas.kerr@hro.com

6
   Attorneys for Plaintiffs
7  WARNER BROS. RECORDS INC.;
   CAPITOL RECORDS, INC.;
8  UMG RECORDINGS, INC.;
   SONY BMG MUSIC ENTERTAINMENT;
9  INTERSCOPE RECORDS; and FONOVISA, INC.

10
                    UNITED STATES DISTRICT COURT
11                  NORTHERN DISTRICT OF CALIFORNIA
                         SAN FRANCISCO DIVISION
12

13

| 14 | WARNER BROS. RECORDS INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; INTERSCOPE RECORDS, a California general partnership; and FONOVISA, INC., a California corporation,<br><br>                    Plaintiffs,<br>       v.<br><br>SERGIO OMAR CASTILLO,<br><br>                    Defendant. | Case No. 3:06-CV-04244-MHP<br><br>Honorable Marilyn H. Patel<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT SERGIO OMAR CASTILLO** |
|---|---|

23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

                                 1
NOTICE OF DISMISSAL WITHOUT PREJUDICE
Case No.  3:06-CV-04244-MHP
#33773 v1

1  Pursuant to FED. R. CIV. P. 41(a)(1)(i), Plaintiffs WARNER BROS. RECORDS INC., *et al.*, by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claim against Defendant Sergio Omar Castillo, each party to bear its/his own fees and costs.  The Clerk of Court is respectfully requested to close this case.

Dated:  November 13, 2007                               HOLME ROBERTS & OWEN LLP


By:  ___*/s/ Matthew Franklin Jaksa*___
     MATTHEW FRANKLIN JAKSA
     Attorney for Plaintiffs
     WARNER BROS. RECORDS INC.;CAPITOL RECORDS, INC.;
     UMG RECORDINGS, INC.;
     SONY BMG MUSIC ENTERTAINMENT;
     INTERSCOPE RECORDS; and
     FONOVISA, INC.

11/15/2007



IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NOTICE OF DISMISSAL WITHOUT PREJUDICE
Case No.  3:06-CV-04244-MHP
#33773 v1

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

    I am employed in the office of Holme Roberts & Owen in San Francisco, California.  I am over the age of eighteen years and not a party to the within action.  My business address is 560 Mission Street, 25th Floor, San Francisco, CA  94105.

    On November 13, 2007, I served the foregoing documents described as:

**PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT SERGIO OMAR CASTILLO**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

> Sergio Omar Castillo
> 71 Valley St.
> San Francisco, CA  94110

    X    BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    X    (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on November 13, 2007 at San Francisco, California.

_Molly Morris_
Molly Morris